Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
SANTA CRUZ NATURAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CRUZ NATURAL, INC.,<br><br>Defendant. | Case No. 13-CV-4291-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING**<br><br>The Hon. Susan Illston |

1 | Plaintiffs and Defendant Santa Cruz Natural, Inc., by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. On September 16, 2013, Plaintiffs filed a putative class action complaint against Defendant.

2. Defendant was served on September 24, 2013.

3. Plaintiffs have agreed to stipulate to extend the deadline for Defendant to respond to the complaint to December 6, 2013.

4. Defendant expects to file a motion to dismiss on or before December 6, 2013.

5. In order to accommodate the needs of counsel's schedules, the parties have agreed, subject to Court approval, to modify the briefing schedule for Defendant's motion to dismiss as follows: Plaintiffs' opposition to the motion will be due on or before January 10, 2014, and Defendant's reply will be due on or before January 24, 2014.

6. Defendant expects to notice the hearing for its motion to dismiss on or after February 14, 2014 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:  October 2, 2013                    PRATT & ASSOCIATES

                                            By:   */s/ Pierce Gore*
                                                  Ben F. Pierce Gore
                                                  Attorneys for Plaintiffs

Dated:  October 2, 2013                    HOGAN LOVELLS US LLP

                                            By:   */s/ Robert B. Hawk*
                                                  Robert B. Hawk
                                                  Attorneys for Defendant
                                                  SANTA CRUZ NATURAL, INC.

   I, Robert B. Hawk, attest that Pierce Gore has approved the Stipulation And [Proposed] Order Regarding Scheduling and consents to its filing in this action.

                                            By:   */s/ Robert B. Hawk*
                                                  Robert B. Hawk

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 13-CV-4291-SI

## **ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that Defendant's response to the Complaint is due by December 6, 2013. Plaintiffs' opposition to any motion to dismiss filed by Defendant shall be due on or before January 10, 2014, and Defendant's reply shall be due on or before January 24, 2014. Motion hearing set on 2/7/14 @ 9 a.m.

IT IS SO ORDERED.

Dated: _____, 2013  _____
  The Honorable Susan Illston
  UNITED STATES DISTRICT COURT

The initial case management conference is continued from 12/19/13 to 2/21/14 @ 2:30 p.m.