**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>SANTA CRUZ NATURAL INC,<br>　　　　　Defendant.　　　　　　　　　／ | No. C 13-04291 SI<br><br>**JUDGMENT** |

　　　Plaintiffs' action has been dismissed without prejudice, based on the doctrine of primary jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE