1  Robert B. Hawk (Bar No. 118054)
   J. Christopher Mitchell (Bar No. 215639)
2  Stacy Hovan (Bar No. 271485)
   HOGAN LOVELLS US LLP
3  4085 Campbell Avenue, Suite 100
   Menlo Park, California  94025
4  Telephone:     (650) 463-4000
   Facsimile:     (650) 463-4199
5  robert.hawk@hoganlovells.com
   chris.mitchell@hoganlovells.com
6  stacy.hovan@hoganlovells.com

7  Attorneys for Defendant
   SANTA CRUZ NATURAL, INC.

8
   [Additional Counsel on Signature Page]
9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  MARY SWEARINGEN and ROBERT FIGY,        Case No. 13-CV-4291-SI
    individually and on behalf of all others similarly
14  situated,                               **JOINT STATUS REPORT
                                            REGARDING STAY OF LITIGATION**
15                    Plaintiffs,
                                            The Hon. Susan Illston
16           v.                             Date:   December 12, 2014
                                            Time:  3:00 p.m.
17  SANTA CRUZ NATURAL, INC.,               Place:  Courtroom 10, 19th Floor

18                    Defendant.

19

20

21

22

23

24

25

26

27

28

                                    JOINT STATUS REPORT REGARDING STAY OF LITIGATION
                                                           CASE NO. 13-CV-4291-SI

\DC - 022927/000011 - 6265564 v1

GRANTED

Judge Susan Illston

1      Defendant Santa Cruz Natural, Inc. and Plaintiffs Mary Swearingen and Robert Figy, by

2   and through their respective counsel of record, hereby submit the following Joint Status Report

3   concerning the Court's July 1, 2014 Order (Dkt. #47) staying this action pursuant to the primary

4   jurisdiction doctrine:

5      1.      On July 1, 2014, this Court stayed this action pending final guidance from the

6   Food and Drug Administration ("FDA") on the issue of whether "evaporated cane juice" is an

7   appropriate name for the ingredient in question. Dkt. #47 at 7.  At that time, the Court scheduled

8   a status conference for December 12, 2014, and directed the parties to file this Joint Status Report

9   no later than December 5, 2014.

10      2.      As of the date of this Report, FDA has not issued further guidance on the

11   evaporated cane juice ingredient.  However, the parties have conferred and have stipulated to an

12   extension of the stay in this case pending another status conference to be held following 90 days

13   (March 12, 2015, or as soon thereafter as may be convenient for the Court), with a Joint Status

14   Report to be filed 7 days prior, wherein the parties will advise the Court of the status of FDA's

15   review.

16      3.      In another matter involving evaporated cane juice, this Court recently extended the

17   stay on similar terms.  *See Figy v. Amy's Kitchen*, No. 3:13-cv-03816-SI, Dkt. #75 (November 26,

18   2014).  Other Courts in this District have done the same.  *See, e.g.*, *Gitson v. Trader Joe's Co.*,

19   No. 3:13-cv-01333-VC, Dkt. #106 (N.D. Cal. Nov. 13, 2014); *Swearingen v. Late July Snacks*

20   *LLC*, No. 3:13-cv-04324-EMC, Dkt. #71 (Nov. 10, 2014); *Swearingen v. Healthy Beverage, LLC,*

21   3:13-cv-04385-EMC Dkt. #60 (N.D. Cal. Nov. 10, 2014); *Reese v. Odwalla, Inc.*, No. 4:13-cv-

22   00947-YGR, Dkt. #66 (N.D. Cal. Nov. 4, 2014).

23

24   ///

25

26   ///

27

28   ///

\DC - 022927/000011 - 6265564 v1

4.     The parties accordingly respectfully request that the Court extend the stay of this action and continue the Status Conference currently scheduled for December 12, 2014 to March 12, 2015 or as soon thereafter as may be convenient for the Court.

Respectfully submitted,


Dated:  December 3, 2014                              HOGAN LOVELLS US LLP

                                                By:    */s/ Robert B. Hawk*
                                                       Robert B. Hawk
                                                       Attorneys for Defendant
                                                       SANTA CRUZ NATURAL, INC.


Dated:  December 3, 2014                              DON BARRETT, P.A.

                                                By:    */s/ David McMullan, Jr.*
                                                       David McMullan, Jr. (admitted *pro hac vice*)
                                                       P.O. Box 927
                                                       404 Court Square
                                                       Lexington, MS 39095
                                                       Tel.:  (662) 834-2488
                                                       Fax:  (662) 834-2628
                                                       dmcmullan@barrettlawgroup.com

                                                       Pierce Gore (SBN 128515)
                                                       PRATT & ASSOCIATES
                                                       1871 The Alameda, Suite 425
                                                       San Jose, CA 95126
                                                       Tel:  (408) 369-0800
                                                       Fax:  (408) 369-0752
                                                       pgore@prattattorneys.com

                                                       Attorneys for PLAINTIFFS

**ATTESTATION**

I, Robert B. Hawk, attest that David McMullan has approved the Joint Status Report Regarding Stay of Litigation and consents to its filing in this action.


                                                By:    */s/ Robert B. Hawk*
                                                       Robert B. Hawk

2

\DC - 022927/000011 - 6265564 v1