UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CRUZ NATURAL, INC.,<br><br>Defendant. | Case No.  3:13-cv-04291-SI<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

At the parties' request, the status conference in this stayed case is continued from March 13, 2014 to June 22, 2015 at 3:00 p.m.  A joint status statement shall be filed one week prior to the continued date.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
SUSAN ILLSTON
United States District Judge