UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SANTA CRUZ NATURAL, INC.,<br><br>    Defendant. | Case No. 3:13-cv-04291-SI<br><br>**ORDER VACATING STATUS CONFERENCE, CONTINUING STAY AND DIRECTING FURTHER STATUS REPORT** |

This matter is currently stayed, pending reopened review by the FDA concerning its draft guidance on use of the term "evaporated cane juice" on food product labels. At the Court's request, the parties filed a joint status report regarding the appropriateness of continuing the stay. The parties disagree: plaintiffs urge lifting the stay, and defendants urge its continuation. Having reviewed the parties' joint report, and the current status of this and other similar cases pending in this District, the Court determines that it is appropriate to continue the stay at this juncture. The Case Management Conference scheduled for June 26, 2015 is VACATED.

**The Court directs the parties to file a further joint status report on or before October 23, 2015, concerning whether and when the stay should be lifted.**

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
SUSAN ILLSTON
United States District Judge