UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY SWEARINGEN, et al.,

    Plaintiffs,

v.

SANTA CRUZ NATURAL, INC.,

    Defendant.

Case No. 13-cv-04291-SI

**ORDER SETTING STATUS CONFERENCE**

This matter was stayed pending reopened review by the FDA concerning its draft guidance on the use of the term "evaporated cane juice" on food product labels. On May 25, 2016, the FDA issued its final guidance entitled "Ingredients Declared as Evaporated Cane Juice." *See Swearingen v. Late July Snacks LLC*, No. 13-cv-4324-EMC, Docket No. 92. In light of this development, the Court hereby **ORDERS** that the parties appear for a status conference in Courtroom 1, 17th Floor, **on Thursday, July 7, 2016, at 2:00 p.m.** At the status conference, the parties should be prepared to discuss whether the stay should be lifted and what deadlines the Court should set. The Court further **DIRECTS** the parties to file a joint status report one week in advance of the conference.

**IT IS SO ORDERED**.

Dated: June 16, 2016

_____
SUSAN ILLSTON
United States District Judge