Robert B. Hawk (Bar No. 118054)
J. Christopher Mitchell (Bar No. 215639)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California  94025
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
SANTA CRUZ NATURAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA CRUZ NATURAL, INC.,<br><br>Defendant. | Case No. 13-CV-4291-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING**<br><br>The Hon. Susan Illston |

Plaintiffs Mary Swearingen and Robert Figy and Defendant Santa Cruz Natural, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, during the July 7, 2016 status conference the court set August 1, 2016 as the deadline for the parties to file five-page supplemental submissions regarding Defendant's currently pending Motion to Dismiss;

WHEREAS, Defendant's counsel is handling an unexpected and ongoing emergency on another matter that will make it difficult to comply with the August 1, 2016 deadline;

WHEREAS, Defendant wishes to request a brief extension from August 1 to August 8 and believes that good cause exists for such an extension;

WHEREAS, Plaintiffs' counsel is agreeable to the extension.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant and their counsel that, subject to Court approval that:

1. The due date for the parties to file their five-page supplemental submissions regarding Defendant's currently pending Motion to Dismiss, is extended to August 8, 2016.
2. The currently scheduled hearing on the Motion to Dismiss shall be continued from August 12, 2016 to August 19, 2016 or such other date as may be convenient for the Court.

Dated: July 25, 2016

HOGAN LOVELLS US LLP

By: */s/ J. Christopher Mitchell*
J. Christopher Mitchell
Attorneys for Defendant
SANTA CRUZ NATURAL, INC.

| | |
|---|---|
| Dated: July 25, 2016 | PRATT & ASSOCIATES |
| | By: */s/ Pierce Gore* |
| | Ben F. Pierce Gore |
| | |
| | 1871 The Alameda, Suite 425 |
| | San Jose, CA 95126 |
| | Tel: (408) 369-0800 |
| | Fax: (408) 369-0752 |
| | pgore@prattattorneys.com |
| | |
| | David McMullen Jr. (admitted *pro hac vice*) |
| | DON BARRETT, P.A. |
| | P.O. Box 927 |
| | 404 Court Square |
| | Lexington, MS 39095 |
| | Tel: (662) 834-2488 |
| | Fax: (662) 834-2628 |
| | |
| | Attorneys for Plaintiffs |

**ATTESTATION**

I, J. Christopher Mitchell, attest that Pierce Gore has approved the Stipulation and [Proposed] Order Regarding Supplemental Briefing and consents to its filing in this action.

By: */s/ J. Christopher Mitchell*
J. Christopher Mitchell

# ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that:

1. The due date for the parties to file their five-page supplemental submissions regarding Defendant's currently pending Motion to Dismiss is extended to August 8, 2016.
2. The currently scheduled hearing on the Motion to Dismiss shall be continued from August 12, 2016 to August 19, 2016.

IT IS SO ORDERED.

Dated: _____7/26_____, 2016     _____
                                The Honorable Susan Illston
                                UNITED STATES DISTRICT COURT