1  Robert B. Hawk (Bar No. 118054)
   J. Christopher Mitchell (Bar No. 215639)
2  Stacy Hovan (Bar No. 271485)
   HOGAN LOVELLS US LLP
3  4085 Campbell Avenue, Suite 100
   Menlo Park, California  94025
4  Telephone:  + 1 (650) 463-4000
   Facsimile:  + 1 (650) 463-4199
5  robert.hawk@hoganlovells.com
   chris.mitchell@hoganlovells.com
6  stacy.hovan@hoganlovells.com

7

   Attorneys for Defendant
8  SANTA CRUZ NATURAL, INC.

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   MARY SWEARINGEN and ROBERT FIGY,        Case No. 13-CV-4291-SI
13 individually and on behalf of all others similarly
   situated,                               **STIPULATION AND [~~PROPOSED~~]**
14                                          **ORDER FOR CONTINUANCE OF**
                  Plaintiffs,               **CASE MANAGEMENT**
15                                          **CONFERENCE**
          v.
16                                          The Hon. Susan Illston
   SANTA CRUZ NATURAL, INC.,
17
                  Defendant.
18

19

20

21

22

23

24

25

26

27

28

                                  STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CMC
                                  CASE NO. 13-CV-4291-SI

1    Plaintiffs Mary Swearingen and Robert Figy and Defendant Santa Cruz Natural, Inc., by

2    and through their respective counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, on October 31, 2016, the Court set a briefing schedule for Plaintiffs' Motion

4    for Class Certification, with a filing date for Plaintiffs' Motion on August 4, 2017 and a hearing

5    on the Motion set for December 1, 2017 (ECF No. 74);

6    WHEREAS, the Court at the same time set a further Case Management Conference for

7    March 10, 2017 (ECF No. 74);

8    WHEREAS, the Parties have in mind the Court-ordered schedule for class certification

9    and what will need to be accomplished, including required discovery, to meet that schedule;

10    WHEREAS, the Parties agree that there presently are no disputes or other issues (e.g.,

11    discovery disputes) for which they believe they need direction from the Court;

12    WHEREAS, the Parties agree that there is no need for a further Case Management

13    Conference at this time, and desire that the Court, for purposes of efficiency and saving the

14    Parties' and Court's resources, continue the Case Management Conference until a date convenient

15    for the Court on or after May 12, 2017;

16    THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to Court approval,

17    that:

18    The Case Management Conference currently scheduled for March 10, 2017, shall be

19    continued to May 12, 2017 or such other date as may be convenient for the Court.

20

21

22    Dated:  March 2, 2017                              HOGAN LOVELLS US LLP

23                                            By:    */s/ Robert B. Hawk*
                                                    Robert B. Hawk
24                                                  Attorneys for Defendant
                                                    SANTA CRUZ NATURAL, INC.

25

26

27

28

1

1   Dated:  March 2, 2017                          DON BARRETT, P.A.
                                                   David McMullan Jr. (admitted *pro hac vice*)
2
                                           By:     */s/David McMullan*
3                                                  David McMullan Jr. (admitted *pro hac vice*)
                                                   DON BARRETT, P.A.
4                                                  P.O. Box 927
                                                   404 Court Square
5                                                  Lexington, MS 39095
                                                   Tel: (662) 834-2488
6                                                  Fax: (662) 834-2628

7                                                  Ben F. Pierce Gore
                                                   PRATT & ASSOCIATES
8                                                  1871 The Alameda, Suite 425
                                                   San Jose, CA 95126
9                                                  Tel: (408) 369-0800
                                                   Fax: (408) 369-0752
10                                                 pgore@prattattorneys.com

11                                                 Attorneys for Plaintiffs

12

13                                    **ATTESTATION**

14
            I, Robert B. Hawk, attest that David McMullan has approved the Stipulation and
15
     [Proposed] Order for Continuance of Case Management Conference and consents to its filing in
16
     this action.
17
                                           By:     */s/ Robert B. Hawk*
18                                                 Robert B. Hawk

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that:

3

4

The Case Management Conference, set for March 10, 2017, is hereby continued until

May 12, 2017 at 3:00 p.m.

5

6

7

    IT IS SO ORDERED.

8

Dated:  ___March 2___ , 2017

9

The Honorable Susan Illston
UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING CMC
CASE NO. 13-CV-4291-SI