**PRATT & ASSOCIATES**
PIERCE GORE, SB# 128515
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: 408.429.6506
Facsimile: 408:369.0752
pgore@prattattorneys.com


David McMullan, Jr. (admitted *pro hac vice*)
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTA CRUZ NATURAL, INC.,<br><br>Defendant. | CASE NO. 13-CV-4291-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED TO AND AGREED, by and between Plaintiffs Mary Swearingen and Robert Figy, and Defendant Santa Cruz Natural, Inc., pursuant to Fed. R. Civ. Proc. 41, that this action is dismissed. This dismissal shall be with prejudice as to all individual claims asserted by Plaintiffs and without prejudice as to the claims of the putative class, each party to bear their own attorney's fees, costs and expenses.

| | | |
|---|---|---|
| DATED: May 5, 2017 | PRATT & ASSOCIATES | |
| | By: | /s/ *Pierce Gore* |
| | | Pierce Gore |
| | | David McMullan, *Pro Hac Vice* |
| | | Attorneys for Plaintiffs |
| | | Amy Swearingen and Robert Figy, individually and on behalf of others similarly situated |
| DATED: May 5, 2017 | HOGANS LOVELLS LLP | |
| | By: | /s/ *Robert B. Hawk* |
| | | Robert B. Hawk |
| | | Attorneys for Defendant Santa Cruz Natural, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/8/17

_____
Hon. SUSAN ILLSTON
United States District Court Judge

## ATTESTATION

In concurrence with Local Rule 5-1 (i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

                                  */s/ Pierce Gore*
                                  Ben F. Pierce Gore

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed and served via the Court's ECF filing system this 5th day of May, 2017.

                                  */s/ Pierce Gore*
                                  Ben F. Pierce Gore